1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ, | Case No. 13-cv-03396 NC |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| KRB GROUP, INC., a California Corporation dba VILLAGE MARKET; and ROBERT F.G. TOY and BEVERLY G. TOY, Trustees of the TOY FAMILY REVOCABLE TRUST, U/A/D 7/13/91, | |
| Defendants. | |

Plaintiffs filed this action on July 22, 2013, alleging violations of the Americans with Disabilities Act. Dkt. No. 1. A joint inspection of premises was to occur by November 4, 2013. Dkt. No. 3. On April 3, 2014, the Court extended this deadline to April 30, 2014, at the parties' stipulated request. Dkt. No. 11. Forty-two days after the joint inspection, June 11, 2014, was the last day for plaintiffs to file a notice of need for mediation. Dkt. No. 3. Plaintiffs have not done so, and therefore must show cause by August 22, 2014, why their case should not be dismissed for a failure to prosecute.

//

Case No. 13-cv-03396 NC
ORDER TO SHOW CAUSE

Additionally, by August 22, 2014, defendants must file a consent or declination to proceed before a magistrate judge.

IT IS SO ORDERED.

Date:  August 8, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge