1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:  415/674-8600
4  Facsimile:    415/674-9900
   tfrankovich@disabilitieslaw.com
5
6  Attorney For Plaintiffs , DAREN HEATHERLY;
   and IRMA RAMIREZ

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,         Plaintiffs,  v.  KRB GROUP, INC., a California Corporation dba VILLAGE MARKET; and ROBERT F.G. TOY and BEVERLY G. TOY, Trustees of the TOY FAMILY REVOCABLE TRUST, U/A/D 7/13/91         Defendants. | CASE NO.13:13-cv-03396-NC  **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON          CASE NO. **13:13-cv-03396-NC**

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action become and hereby is dismissed with
3  prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

6

7  Dated: February 24, 2015                    THOMAS E. FRANKOVICH
                                               *A PROFESSIONAL LAW CORPORATION*
8

9                                              By: */s/ Thomas E. Frankovich*
                                                   Thoams E. Frankovich
10                                             Attorney for Plaintiffs DAREN HEATHERLY and
                                               IRMA RAMIREZ
11

12  Dated: February 24, 2015                   LAW OFFICES OF JASON G. GONG
                                               A Professional Corporation
13

14                                             By: */s/ Jason Gong*
15                                                 Jason G. Gong
                                               Attorney for Defendants KRB GROUP, INC., a
16                                             California Corporation dba VILLAGE MARKET;
                                               and ROBERT F.G. TOY and BEVERLY G. TOY,
17                                             Trustees of the TOY FAMILY REVOCABLE
18                                             TRUST, U/A/D 7/13/91

19

20                                  **ORDER**
21     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
22  Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
23  purpose of enforcing the parties' Settlement Agreement and General Release should such
24  enforcement be necessary
25  Dated:  February 24   , 2015
26
27                                             _____
                                               Honorable Nathanael M. Cousins
28                                             United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins]